IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR331 |
| | ) | |
| v. | ) | |
| | ) | |
| MAURICE BUCKLEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to review pretrial detention (Filing No. 18). The Court has reviewed said motion and defendant's request and finds it should be denied. Accordingly,

IT IS ORDERED that defendant's motion to review pretrial detention is denied.

DATED this 6th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court