IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR331 |
| | ) | |
| v. | ) | |
| | ) | |
| MAURICE BUCKLEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion to withdraw filed by Donald L. Schense (Filing No. 33). After hearing with counsel and the parties present, the Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion to withdraw filed by Donald Schense is granted; defendant shall have until February 14, 2006, to obtain new counsel or to request that counsel be appointed to represent him.

2) Trial of this matter is rescheduled for:

**Monday, May 15, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between January 31, 2006, and May 15, 2006, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 31st day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court