IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )         8:04CR331
                             )
         v.                  )
                             )
MAURICE BUCKLEY,             )         ORDER
                             )
              Defendant.     )
_____)
```

This matter is before the Court on defendant's motion in limine (Filing No. 32). This motion was filed at the time that Donald Schense was permitted to withdraw as counsel for the defendant. The motion is not supported by a brief as required by NECrimR 12.3(b)(1). However, because of the circumstances, the Court will permit counsel for defendant to file a brief in support of said motion and the government will be given an opportunity to respond. Accordingly,

IT IS ORDERED:

1) Defendant's brief shall be filed on or before July 14, 2006. Absent a supporting brief, the motion will be denied.

2) Plaintiff's brief shall be filed on or before July 21, 2006.

DATED this 6th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court