IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR331 |
| | ) | |
| v. | ) | |
| | ) | |
| MAURICE BUCKLEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on the motion of Julie B. Hansen and the Office of the Federal Public Defender to withdraw as attorney of record for defendant (Filing No. 107). The Court notes other counsel has entered an appearance on behalf of defendant. Accordingly,

      IT IS ORDERED that the motion is granted; Julie B. Hansen and the Office of the Federal Public Defender are deemed withdrawn as counsel for defendant.

      DATED this 7th day of October, 2008.

      BY THE COURT:

      /s/ Lyle E. Strom

      _____
        LYLE E. STROM, Senior Judge
        United States District Court