IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>MAURICE BUCKLEY, JR.<br><br>              Defendant. | 8:04CR331<br><br>ORDER |

      This matter is before the Court on defendant Maurice Buckley, Jr.'s ("Buckley") Pro Se "Unopposed Motion for Early Termination of Supervised Release" (Filing No. 166). While Buckley characterizes the motion as "unopposed" because he "believes the probation officer does not oppose this petition," both the government (Filing No. 167) and the United States Probation Office oppose the request.

      While Buckley has complied with all conditions of supervision with no violations to this point, given his criminal history and his early release from prison in 2019, the Court finds that early termination of supervised release is not appropriate at this time. Buckley's motion (Filing No. 166) is denied without prejudice.

      IT IS SO ORDERED.

      Dated this 21st day of April 2023.

                                                  BY THE COURT:

                                                  Robert F. Rossiter, Jr.
                                                  Chief United States District Judge